JS-6

UNITED STATES DISTRICT COURTT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>  Plaintiff,<br>vs.<br>VISEMER DE GELT, LLC; PENN-STAR INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; and DOES 1 THROUGH 50, inclusive,<br><br>  Defendants. | CASE NO: CV 13-02504-GW(JCx)<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANTS UNITED NATIONAL INSURANCE COMPANY AND PENN-STAR INSURANCE COMPANY**<br><br>Complaint Filed: April 19, 2013 |

In consideration of this Court's ruling on September 23, 2013 granting defendants United National Insurance Company ("United National") and Penn-Star Insurance Company's ("Penn-Star") motion to dismiss plaintiff's first-amended complaint with leave to amend and in consideration of the subsequent filing of plaintiff's second-amended complaint without United National and Penn-Star named as defendants, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff

/ / /

/ / /

/ / /

1  take nothing from United National and Penn-Star and that United National and
2  Penn-Star recover its costs.

3
4  DATED: November 5, 2013

_____
Judge George H. Wu
United States District Judge