JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

Case No. CV 13-02504-GW(JCx)

11

**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

12 Plaintiff,

13 v.

Judge: Honorable George H. Wu

14 VISEMER DE GELT, LLC; ROBERT W. HIRSH; and DOES 1 through 50,

15

16 Defendants.

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Pursuant to the Stipulation of the Parties ~~which is attached hereto as Exhibit A~~, the Court dismisses this case with prejudice.

IT IS SO ORDERED.


Dated: August 16, 2017        By: _____
                                   GEORGE H. WU, U.S. District Judge


Submitted by:

MCCLOSKEY, WARING & WAISMAN LLP

By:/s/Andrew R. McCloskey_____
    Andrew R. McCloskey
    Attorneys for Plaintiff
    TRAVELERS CASUALTY INSURANCE
    COMPANY OF AMERICA